COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS


 
 
  
 BRANDON
 TOMLINSON,
  
                             Appellant,
  
 v.
  
 SYDNA H.
 GORDON, Trustee of the Tomlinson
 Residuary Trust,
  
                            
 Appellee.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-12-00335-CV
  
 Appeal from the
  
 County
 Court at Law No. 4
  
 of Dallas
 County, Texas
  
 (TC# CC-12-04862)
  
 
 


MEMORANDUM
OPINION

 

            This appeal is before the Court on its own motion to
determine whether the appeal should be dismissed for want of prosecution.  Finding that Appellant has not filed a brief
or a motion for extension of time to file his brief, we dismiss the appeal.

This Court possesses the authority to dismiss an appeal for want
of prosecution when the Appellant has failed to file his brief in the time
prescribed, and gives no reasonable explanation for such failure.  Tex. R.
App. P. 38.8(a)(1); Elizondo
v. City of San Antonio, 975 S.W.2d 61, 63 (Tex. App. -- San Antonio 1998,
no writ).

On December
4, 2012, the Clerk of the Court notified Appellant that his brief was past due
and no motion for extension of time to file a brief had been received.  The Clerk also informed the parties of the
Court’s intent to dismiss the appeal for want of prosecution unless, within ten
days of the notice, a party responded showing grounds to continue the appeal.  No response has been received as of this date.
 We dismiss the appeal for want of
prosecution.  Tex. R. App. P. 38.8(a)(1), 42.3(b).

                                                                        GUADALUPE
RIVERA, Justice

January 30, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.